In re:

**RANDY TORRES RODRIGUEZ**                    Case No. **11-02007-SEK**

                              Chapter 13          Attorney Name: **JUAN O CALDERON LITHGOW***

---

### I. Appearances

| | |
|---|---|
| Debtor | [ ] Present [✓] Absent |
| Joint Debtor | [ ] Present [ ] Absent |
| Attorney for Debtor | [ ] Present [ ] Absent |

[ ] Pro-se

[ ] Substitute _____

Date: April 12, 2011

Time: _10:57_  Track: _NR_

[ ] This is debtor(s) _1st_ Bankruptcy filing.

Liquidation Value: _____TBD_____

Creditors

_none_

---

### II. Oath Administered
[ ] Yes   [✓] No

---

### III. Documents Filed/Provided

[✓] Schedules

[✓] Statement of Financial Affairs (SOFA)

[✓] Statement of Current Monthly Income (SCMI)

[✓] Credit counseling briefing certificate (CCC)

 [ ] Waiver requested by debtor(s)

[ ] DSO Certificate

[ ] DSO Recipient's information

[ ] State Tax Returns_____[ ] Returned

[ ] Federal Tax Returns_____[ ] Returned

[ ] Evidence of income (60 days prior to petition)

---

### IV. Status of Meeting   [ ] Closed   [✓] Not Held   [ ] Continued _____ at _____

---

### V. Trustee's Report on Confirmation

[ ]   FAVORABLE

[ ]   UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded

[ ] Unfair discrimination

[ ] Fails liquidation value test

[ ] Fails disposable income test  (I & J)

[ ] No provision for secured creditor(s)

_____

_____

[ ] Treat value of collateral separately

[ ] No provision for insurance

[ ] Tax returns missing

 [ ] State  - years _____

 [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)

[ ] Evidence of income

 [ ] Missing   [ ] Incomplete

[ ] Stmt. of Current Monthly Income

 [ ] Incomplete  [ ] Missing

 [ ] Fails commitment period  [ ] Fails Disp. Income

[ ] Certificate of Credit briefing

 [ ] Missing  [ ] More than 180 days

 [ ] Issuer not certified by U.S.T.

[ ] Incomplete schedules

[ ] Incomplete S.O.F.A.

[ ] Other:

_____

In re:

**RANDY TORRES RODRIGUEZ**                    Case No.  11-02007-SEK

                              Chapter 13      Attorney Name: JUAN O CALDERON LITHGOW*

---

**VI.  Plan**                                                    (Cont.)
   Date: <u>March,  9, 2011</u>      Base $ <u>16,020.00</u>   [X ]   Filed      Evidence of Pmt shown: _____
   Payments  *O*  made out of ____|____ due.     [ ]   Not Filed

**VII. Confirmation Hearing Date:  May, 20, 2011**   | **VIII. Attorney's fees as per R. 2016(b)**
                                                    |   $3,000.00  - $ 0.00    = $ 3,000.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____        [ ] Amended S.O.F.A.  _____

[ ] Insurance estimate                            [ ] Amended plan

_____                [ ] Business Documents

[  ] Assumption/Rejection executory contract          [ ] Monthly reports for the months

_____                _____

[ ] Appraisal _____                _____

_____                _____

[ ] State tax returns years _____        [ ] Public Liability Insurance

[ ] Federal tax returns years _____            [ ] Premises_____

[ ] Correct SS # (Form B21)                           [ ] Vehicle(s)_____

   [ ] Debtor  [ ] Joint debtor                       [ ] Licenses issued by:

[ ] Other:                                        _____

_____                _____

_____

_____

[ ] M.T.D. to be filed by Trustee:  Debtor(s); [ ] failed to appear;  [ ] failed to commence payments;
[ ] failed to keep payments current;  [  ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

---

**COMMENTS**

_____

_____

_____

_____

_____

_____                         Date:  <u>April 12, 2011</u>
**Trustee/Presiding Officer**                                   (Rev.