IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

**RANDY TORRES RODRIGUEZ**

Case No. **11-02007 SEK**

Chapter 13

Debtor(s)

**OPPOSITION TO DISMISSAL**

**TO THE HONORABLE COURT**:

Debtor, through the undersigned, hereby moves the court as follows:

1. The trustee filed a motion requesting the dismissal of present case because debtor failed to appear at the meeting of creditors. Hearing of confirmation is scheduled for May 20, 2001.

2. Debtor informed to the undersigned attorney that he would not be able to attend to the meeting because he was just hired by the Vega Alta Municipal Police and that day he was on duty at front desk without any possibility to be replaced. He explained that he made arrangements with his supervisor in order to be excused from work for the next scheduled meeting of creditors as soon he received the notice.

3. The undersigned planned to request a reschedule of the meeting after leaving from a hearing in courtroom number three (case 10-11784), but the conflict with the schedules prevented us to be on time for the meeting. Because no payment was posted in the trustee's website we waited until debtor made his first payment in order to request a reschedule. We apologize for the inconvenience and delay this situation may have caused.

**WHEREFORE**, the Debtor requests that this Court takes notice of debtors' answer and deny motion to dismiss. It is also requested the reschedule of a new meeting of creditors and hearing of confirmation.

**I HEREBY CERTIFY That the Trustee is in the Notification List to be receive notice of this motion by the Court's Electronic System**

In Vega Baja, Puerto Rico, on this May 9, 2011.

/s/ Juan O. Calderon Lithgow

1

**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476