IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RANDY TORRES RODRIGUEZ

CASE 11-02007-SEK

CHAPTER 13

DEBTOR(S)

# NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST
# MEETING OF CREDITORS

The meeting of creditors under 11 U.S.C. § 341, in the above captioned case has been scheduled for **June 30, 2011 at 1:00 pm.** It will be held at Ochoa Building, First Floor, Comercio Street Entrance, Tanca Street Corner, Old San Juan, Puerto Rico 00901.

In San Juan, Puerto Rico, this May 13, 2011.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest included in the service list attached to the original hereof.

/s/ **ALEJANDRO OLIVERAS RIVERA**
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ADMINISTRACION PARA EL SUSTENTO DE MENORES<br>PO BOX 71316<br>SAN JUAN, PR 00936-8416 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 |
| ASUME<br>PO BOX 71414<br>SAN JUAN, PR 00936-8514 | ASUME<br>PO BOX 71442<br>SAN JUAN, PR 00936 |
| CRESCA CORP<br>PMB 92<br>PO BOX 71325<br>SAN JUAN, PR 00936 | DEPTO. DE HACIENDA<br>SECC CERTIFICACION<br>BOX 4515, OFIC 405<br>SAN JUAN, PR 00936 |
| JUAN O CALDERON LITHGOW<br>JUAN O CALDERON LITHGOW LEGAL OFFIC<br>PO BOX 1710<br>VEGA BAJA, PR 00694 | JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 |
| LIBERTY CABLE VISION<br>PO BOX 140759<br>ARECIBO, PR 00614 | PREPA<br>P.O.BOX 363508<br>SAN JUAN, PR 00936 |
| RANDY TORRES RODRIGUEZ<br>HC 83 BUZON 745<br>CALLE ANTONIO PEDREIRA<br>VEGA ALTA, PR 00692 | |

DATED: May 13, 2011

/S/DIANA ARROYO
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1    - CASE    11-02007-SEK