**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**RANDY TORRES RODRIGUEZ**      Case No. 11-02007-SEK

Chapter 13      Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose
[ ] Substitute

**Date & Time:** 6/30/2011 1:34:00PM

[X] R    [ ] NR    LV: 0.00

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

None

### II. Oath Administered
[X] Yes      [ ] No

### III. Plan

Date: 03/09/2011      Base: $16,020.00    Payments 3 made out of 3 due.

Confirmation Hearing Date: 7/29/2011 9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00 - $0.00 = $3,000.00

### IV. Status of Meeting

[X] Closed      [ ] Not Held      [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**RANDY TORRES RODRIGUEZ**　　　　　　　　Case No.　11-02007-SEK

　　　　　　　　　　　　　　　Chapter 13　　Attorney Name:　**JUAN O CALDERON LITHGOW***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [X] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test | 　　[ ] State - years |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
|  | 　　[ ] Monthly reports for the months |
| [ ] Appraisal |  |
|  | [ ] Public Liability Insurance |
| [X] DSO Recipient's Information | 　　[ ] Premises |
| for Beatriz Lopez Otero or waiver if not available | 　　[ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income |  |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**RANDY TORRES RODRIGUEZ**         Case No.   11-02007-SEK

                                   Chapter 13    Attorney Name:    **JUAN O CALDERON LITHGOW***

**COMMENTS**

1) Plan is insufficiently funded to pay priority debt to Treasury.

2) Provide recent ASUME certification (2 DSO's both through ASUME) to verify amount of monthly obligation. He informs it's $200 monthly for Emma Claudio and $120 monthly for Beatriz Lopez. This request is to verify feasibility and compliance with 11 USC Sec. 1325(a)(8).

3) Amend Schedules J and I to switch $320 child support expense from J to I since it's paid through payroll deduction. Actually, employer is withholding $336 instead of $320 in order to comply with correct disbursements as per ASUME, as indicated by debtor. He will verify with ASUME since withholding should not exceed $320. Trustee verified from paystubs, and it appears that post-petition DSO pymts are being made.

4) Amend Schedule B to include savings acct. at Coop. A/C Vega Alta. He indicates he had no money in the acct upon filing petition and no shares or dividends. Provide evidence to that effect.

5) Amend Schedule B to include as jewelry a $10 watch. Exemption to be claimed under Sec. 522(d)(4).

   **s/Miriam Salwen**                                      Date:    06/30/2011

   **Trustee/Presiding Officer**                                           (Rev. 02/11)