IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

RANDY TORRES RODRIGUEZ

XXX-XX-5329

Debtor(s)

CASE NO. 11-02007 MCF
Chapter 13

**FILED & ENTERED ON 10/07/2011**

## ORDER GRANTING WITHDRAWAL OF MOTION

Ch. 13 Trustee's motion withdrawing (docket entries #32 & #33):

    [x] the motion to dismiss
    [x] the motion requesting entry of order of dismissal.
    [ ] the motion to lift stay
    [ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 07 day of October, 2011.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C: DEBTOR(S)
    JUAN O CALDERON LITHGOW
    ALEJANDRO OLIVERAS RIVERA